## **AFFIDAVIT OF SPECIAL AGENT DAVID GEORGE**

I, David George, being duly sworn, hereby depose and say:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed for approximately eight years. I have just been assigned to the Lakeville Resident Agency of the Boston Field Office of the FBI. Prior to this, I was assigned to the Cyber Crimes Squad of the Boston Field Office for four years. While assigned to the Cyber Crimes Squad, I received basic and advanced training on computer systems and computer based investigations, particularly investigations of crimes involving the sexual exploitation of children via computer telecommunications (commonly referred to as the "Internet"), and have personally conducted numerous such investigations.

2. This affidavit is submitted in support of an application for a criminal complaint charging Angelo Trovato, of 20 Oak Street, Deer Park, New York, with violations of Section 2423(b) of Title 18 of the United States Code.

3. The information set forth in this affidavit is based on investigation conducted by this affiant and other law enforcement agents. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for

Page 1 of 31

issuance of a criminal complaint for Angelo Trovato, a/k/a "Yankman619", "Starfires53" (America Online (AOL) identities), and "midnight2peter" (a Microsoft Network (MSN) identity believed to have been utilized by Trovato), charging him with traveling in interstate commerce to engage in sexual activity with a minor, in violation of Title 18, United States Code, Section 2423(b). In this case, the applicable sexual activity your affiant believes Trovato proposed to carry out with an individual whom he believed to be a 14 year old male, included, but is not limited to, the intentional touching, not through the clothing, of the genitalia of another person who has not attained the age of 16 years with intent to arouse or gratify the sexual desire of any person.

## RELEVANT STATUTES

4. Title 18, United States Code, Section 2423(b), makes it illegal for any person to travel to commit a sexual act with a person under 18 years old that would be a violation of Chapter 109A.

## America Online (AOL)

5. AOL is an Internet Service Provider (ISP) that also offers its users access to chat software, known as AOL Instant Messenger. In addition to providing a chat service, AOL also offers e-mail service for its users. Within the AOL system, text

messages and graphic images (such as photographs) can be sent to/from AOL users, or to any person with an Internet e-mail address. Both text and graphic image files can be saved to a computer disk drive for access and printing at any time

## OVERALL BACKGROUND OF INVESTIGATION

6.    The FBI, as well as numerous state and local law enforcement agencies, are currently conducting undercover operations targeting individuals who use the Internet to entice minors into illicit sexual relationships. One way in which adults meet minors is via Internet websites, many of which are intended as social networking/dating sites for adults (typically ages 18 and older). Many adolescents, often sexually curious, enter these sites, utilizing profiles in which they misrepresent their age. Some adults are aware of this and use these sites to target these adolescents and entice them into sexual liaisons.

7.    One of the most common means by which individuals communicate via the Internet is through the use of Internet instant message (IM) chats and email, often provided and/or facilitated by the aforementioned social networking websites. Such Internet transmissions are achieved through utilization of Internet Protocol (IP) addressing. An IP address, expressed as four numbers separated by decimal points, is unique to a particular computer during an online session. The IP address

provides a unique location making it possible for data to be transferred between computers.

## SPECIFIC BACKGROUND OF THIS INVESTIGATION

8.    Myspace.com (hereinafter referred to as Myspace) is a social networking website which offers its members, free of charge, personal profile pages, as well as email and other services.    Myspace offers these services to two separate groups: those age 16 and older, and members between the ages of 14 and 15.    Members age 16 and older are restricted from viewing the full profile pages of members age 14 and 15, and aren't able to send messages to these members unless they are added as a "friend".    Myspace doesn't verify the age of its members (Myspace currently has over 80 million members).

9.    In 2005, an FBI agent from the Boston field office created an undercover profile on Myspace.    This profile included a picture of an adolescent male (approximately 13 years old). The birth date of the child, "Josh", was registered with Myspace as April 5, 1998 (indicating Josh was 17 years old, which allowed Josh's profile to be viewed by all members, without any privacy features or limitations).    However, within the "About me" section of Josh's profile (listed near the top of the profile) is the statement "im13", to indicate Josh is 13 years old.    Also within the profile is the statement that Josh's birthday is April 5.    On

or about April 5, 2006, the "About me" section of Josh's profile was updated to reflect he was now 14 years old. Josh's profile indicated he lived in Massachusetts.

10. On February 18, 2006, your affiant, the undercover agent (UCA), logged onto the aforementioned Myspace account, via a computer located in the vicinity of Boston, Massachusetts. The UCA reviewed the account, which listed a "friend request" from the Myspace user "angelo" (hereinafter referred to as "Angelo"). The UCA approved this request, adding Angelo to the UCA's list of friends. While online, the UCA reviewed the Myspace profile page for Angelo, which listed his AOL instant messenger screen name as "YANKMAN619" (Note: AOL screen names aren't case sensitive). Angelo's profile stated he was 51 years old, from Long Island, New York.

11. On February 19, 2006, the UCA logged onto Myspace. The UCA received a comment from Angelo, dated February 18, 2006, in which Angelo thanked the UCA for adding him as a friend and told the UCA to "give a holler any time."

12. On February 19, and February 25, 2006, Angelo and the UCA exchanged additional emails.

13. On March 9, 2006, at approximately 11:14 p.m. (all times referenced in this affidavit are Eastern Time), the UCA logged onto Myspace and reviewed the UCA account. The UCA

received a comment from Angelo, dated March 8, 2006, in which Angelo says he is "passin by to say hello---hope all is well with ya - XOXO". While online, the UCA also logged onto AOL instant messenger (AIM), utilizing an undercover account. While logged on, the UCA attempted to contact Angelo by sending an instant message (IM) to the AOL user Yankman619 (the AOL screen name listed in Angelo's Myspace profile). Angelo responded and an IM conversation ensued (this was the first IM conversation between Angelo and the UCA). During this chat Angelo sent the UCA several pictures purported to be of himself, wearing only underwear and socks, and a picture of what appeared to be a penis.

14. Since this initial IM chat, the UCA has had over forty additional IM conversations and e-mail exchanges with Angelo, who later used the MSN email account midnight2peter and the AOL screen name Starfires53. The most recent contact with Angelo was on the morning of August 19, 2006. Through the course of these IM conversations and e-mail exchanges, Angelo has provided additional purported details about his personal life and additional photographs of himself and of his lake house in Pennsylvania. Angelo has told the UCA he currently works for a pharmaceutical company, and that he was a 7th grade school teacher. During these IM conversations, Angelo has expressed a

strong interest in the personal life of the UCA and has expressed a strong desire to meet the UCA to be a friend and to engage in sexual contact with the UCA. Additionally, Angelo told the UCA he purchased several gifts for the UCA, including an I-pod (a portable digital music player) and sports clothing, which he would give the UCA when they meet. A portion of these IM conversations are quoted and/or summarized below.

15. On March 21, 2006, at approximately 8:19 p.m., the UCA was logged onto AOL when he initiated an IM conversation with Angelo (utilizing the AOL identity Yankman619). During this conversation, Angelo told the UCA about his lake house in Pennsylvania, and invited the UCA to spend time with him there. The following is a verbatim transcript of that portion of the chat session:

> **Yankman619: lol--u know you d be welcome anytime**
> UCA: cool

> **Yankman619: we ll cruise the lake and woods together**
**!!!!**

> UCA: deffff

> **Yankman619: :-)**

> **Yankman619: and 4 good measure ill take yoiu to the**
**Hamptons**

> **Yankman619: ;-)**

**UCA: :-P**

**Yankman619: :'(**

UCA: so u evr met n e 1 online b4

UCA: imean like n person

**Yankman619: yes----2 people**

**Yankman619: one in arizona**

**Yankman619: one in atlanta**

UCA: cool

UCA: how wuz it

**Yankman619: i still keep in touch-----i have gone back a couple of x----**

**Yankman619: yes---we had a great time**

UCA: so they wernt freaks

UCA: lol

**Yankman619: no----i talked with them a couple of months and on the phone too before we met**

UCA: cool

**Yankman619: thats 2 out of many many**

UCA: yeah

UCA: 2more than me

**Yankman619: id love to meet you one day---u seem so cool**

UCA: me2

UCA: ty

UCA: u2

UCA: lol

UCA: dumb iam

UCA: :-P

**Yankman619: dumb ???----noooooooooooo**

**Yankman619: :-P:-P:-P**

**Yankman619: ur so cool and so hott at the same time—**

**Yankman619: :-* (NOTE: this is an expression for a**

**kiss)**

UCA: lol

UCA: ty

**Yankman619: lol**

UCA: so the ppl u met

UCA: thye wer guyz?

**Yankman619: yes----one is now 16 and the other is now**

**15**

UCA: cool

**Yankman619: we went to dinner and in phoenix to the**

**zoo--lol**

UCA: so they wer lik 15 and 14 wehn u met

**Yankman619: 13 and 14**

UCA: cool

**Yankman619: we had good fun**

16.  On March 23, 2006, at approximately 8:26 p.m., the UCA
was logged onto AOL when he initiated an IM conversation with
Angelo.  During this conversation, the UCA sent Angelo an image,
purported to be of the UCA, of an adolescent male (approximately
14 years old), via AOL file transfer.  After receiving the image,
Angelo stated the UCA was "sooo freakin cute."

17.  On March 26, 2006, at approximately 3:10 p.m., the UCA
was logged onto AOL when Angelo initiated an IM conversation with
the UCA.  During this conversation, Angelo asked the UCA if he
had ever been with a boy before.  The following is a verbatim
transcript of that portion of the chat session:

**Yankman619: have you ever been with a boy before in any**

**way yet**

UCA: nope

UCA: :-\

**Yankman619: thats cool----ur still young**

**Yankman619: i was 17--lol**

UCA: ill b 14 in like 2weeks

UCA: suks bein 13

**Yankman619: i know----April 5th-----you re almost 17**

UCA: seems so yung

UCA: yeah

UCA: 3more yearssss

UCA: 4evaaaa

**Yankman619: lol----it goes fast-----and age is only a**

**number remember**

18. On April 1, 2006, at approximately 6:52 p.m., the UCA
was logged onto AOL when Angelo initiated an IM conversation with
the UCA. During the ensuing conversation, Angelo stated he would
like the UCA to come to his lake house. The following is a
verbatim transcript of that portion of the chat session:

**Yankman619: too bad u cant get away for a day---i would**

**tak you**

UCA: hmmm

**Yankman619: im gonna spend a lot of time there this**

**season**

UCA: imite b able2

UCA: jus hav 2figur it out

**Yankman619: oh cool--:-)**

UCA: my ma sumtimz goesaway overnite

**Yankman619: it wopuld be so great**

UCA: def

**Yankman619: i hope u figure somethin out-----**

**Yankman619: id love it so much**

**Yankman619: :-)**

UCA: so ud come getme?

**Yankman619: yes--i would schedule my trip to boston then and get you on the way back--:-)**

19. On April 4, 2006, at approximately 8:45 p.m., the UCA was logged onto AOL when Angelo initiated an IM conversation with the UCA. As the conversation ensued, Angelo asked the UCA what the UCA would be doing for his birthday (April 5), and later told the UCA he would have a birthday present he was going to buy the UCA, which he would give the UCA when they met. Later in the conversation, Angelo stated he wished he could be with the UCA on the UCA's 14th birthday. The following is a verbatim transcript of that portion of the chat session:

> **Yankman619: you 11 be 14 in 2 hours and 18 minutes**
>
> UCA: yeppp
>
> UCA: tick tock
>
> UCA: tick tock

**Yankman619: wish i was there to hug you 4 your birthday**

20. On April 8, 2006, at approximately 8:26 p.m., the UCA was logged onto AOL when he initiated an IM conversation with Angelo. During this conversation, Angelo asked the UCA how it

felt to be 14. The following is a verbatim transcript of that portion of the chat session:

**Yankman619: do u feel any different being 14 instead of 13**

UCA: nope

UCA: imean it duznt sound as yung

UCA: but i still feel the same

**Yankman619: lol---things get better as u get older--- give it time**

UCA: yeah

UCA: hopeso

**Yankman619: if u lived in spain--italy or france u would be of legal age**

**Yankman619: its 14**

UCA: umean like old enuf 2 hav sex

**Yankman619: yes**

**Yankman619: its legal ----I've been to italy**

UCA: wow

**Yankman619: see----laws are just made up things**

UCA: yeah

UCA: lotta rulz

**Yankman619: too many**

UCA: tell me bcutit

**Yankman619: wish i lived in france--italy--or spain**

**Yankman619: lol**

**Yankman619: :-P**

UCA: y??

**Yankman619: lol----cuz everything is more free and**
**liberal---like the sex thing**

Later in the conversation, the UCA asked Angelo if he had
ever been with a 14 year old. The following is a verbatim
transcript of that portion of the chat session:

UCA: can i ask a persnal?

UCA: udont hav 2 anser

**Yankman619: of course--u can ask me ANYTHING**

UCA: hav u evr been wit sum1 likeme

UCA: imean lik 14

**Yankman619: yes**

UCA: how wuzit?

**Yankman619: a few x**

**Yankman619: it was awesome**

UCA: cool

**Yankman619: i loved it**

UCA: did u do stuff?

**Yankman619: just foolin around stuff**

UCA: like kissn?

**Yankman619: like touching and stuff**

**Yankman619: yes---with one**

UCA: like touchn sex?

UCA: stupid?

UCA: sry

UCA: :-P

**Yankman619: lol---not stupid**

**Yankman619: yes---we touched each other sex ually**

**Yankman619: just some fun --thats all**

UCA: wuz it his first time?

**Yankman619: didnt hurt anybody**

**Yankman619: aaron**

**Yankman619: u mean the one with kisses**

**Yankman619: aaron**

UCA: the guy wc did sexstuff wit u

**Yankman619: aaron---michael---tyler**

UCA: 3guys?

UCA: or 1

UCA: lol

**Yankman619: yes---lol---not at once**

UCA: imean is tht his first midl and last name

UCA: or 3 guys

**Yankman619: 3 guys --lol**

UCA: cool

**Yankman619: 14 years old**

**Yankman619: one was 15**

**Yankman619: but never did anything that they didnt want to do**

UCA: cool

UCA: imean if they want2

**Yankman619: yup**

UCA: it duznt natter

**Yankman619: :-)**

UCA: tht ther 14 rite?

UCA: its nols biz

**Yankman619: well legally it does----but they were mature enuff to do it---i mean i didnt molest them or anything**

UCA: ikno

UCA: ididnt mean it like tht

**Yankman619: its nobodys business but ours--right**

UCA: yep

**Yankman619: i know u didnt ;-)**

UCA: :-)

**Yankman619: :-P**

**Yankman619: :-)**

**Yankman619: i don't want u to think im some kind of pervert**

**Yankman619: lol**

UCA: idont

**Yankman619: :-)**

UCA: I've seen enuf 2kno

UCA: lol

**Yankman619: cool-**

**Yankman619: i just have this weakness 4 guys like you**

21. On April 14, 2006, at approximately 7:39 p.m., the UCA was logged onto AOL when Angelo initiated an IM conversation with the UCA. During this conversation the UCA asked what Angelo and the UCA would do when they were together. The following is a verbatim transcript of that portion of the chat session:

UCA: so the guyz u been wit b4

UCA: the 13 and 14 yo

UCA: did u do stuff

UCA: sex stuff

UCA: ikno ikinda askd b4

**Yankman619: its ok :-)**

Yankman619: anytime

Yankman619: yes---we did stuff—

Yankman619: but only cuz they wanted to also

UCA: cool

Yankman619: mostly touchin stuff---some other things

Yankman619: not very heavy

UCA: so we wuld do tht?

Yankman619: only if u wanted to

Yankman619: ;-)

UCA: cool

Yankman619: i would never want to do anything u didnt want to do

Yankman619: u know i would---lol

Yankman619: :-P

UCA: ikno

UCA: itold u im a v rite?

Yankman619: yes

UCA: does tht bother u

Yankman619: f u wanted--we would just fool around and have a little fun

UCA: like kissn?

**Yankman619: touchin and stuff----nooo-it don't bother**

**me at all**

**Yankman619: only if u wanted**

UCA: cool

**Yankman619: i did that with one**

UCA: wat udo?

**Yankman619: e kissed a little on the couch and then**

**kinda played with each others things—**

**Yankman619: =-C**

UCA: :-P

UCA: so we wuld do tht?

**Yankman619: i would love to----only if u want**

UCA: cool

**Yankman619: josh---im not a sex maniac---i just like to**

**have a little fun and focl around a little---hurt nobody and**

**nobodys business**

**Yankman619: ;-)**

**Yankman619: but if u don't want to—we still can have**

**fun!!**

UCA: ok

UCA: an if isay iwant2?

UCA: imean its nols biz

**Yankman619: then well do what u want---kiss---or play---or oral----whatever u wanted**

**Yankman619: its NOBODYS business but our own**

UCA: deff

**Yankman619: nobody will find out or anything**

UCA: cool

**Yankman619: just our secret--;-)**

22. On April 25, 2006, at approximately 4:49 p.m., the UCA was logged onto AOL when he attempted to initiate an IM conversation with Angelo. At approximately 6:04 p.m., Angelo responded, and an IM conversation ensued. During this conversation, Angelo and the UCA discussed plans to meet in person on Saturday, May 20 (in Wrentham, Massachusetts), and then drive to Angelo's lake house in Pennsylvania. During this conversation, Angelo and the UCA discussed what they would do at the lake house. The following is a verbatim transcript of that portion of the chat session:

**Yankman619: is there anything in particular u think u like to try**

UCA: uhmmm

UCA: oral?

**Yankman619: cool**

**Yankman619: thats my fav**

UCA: cool

UCA: hav u dun anal?

**Yankman619: never yet**

**Yankman619: one of them wanted to try it on me but he couldnt do it**

UCA: ynot?

**Yankman619: he couldnt get it in--lol**

UCA: lol

**Yankman619: i must be tite--lol**

UCA: so u let him try?

**Yankman619: yes**

**Yankman619: he wanted to bad**

**Yankman619: so im a nice guy and let him--lol**

**Yankman619: i cant say no---lol**

UCA: lol

UCA: so wed do oral?

**Yankman619: only if u want**

UCA: cool

**Yankman619: u know id never want you to do anything yoiu really didnt like**

23. On April 30, 2006, at approximately 9:09 p.m., the UCA was logged onto AOL when he initiated an IM conversation with

Angelo. During this conversation, Angelo and the UCA confirmed plans to meet on May 20, in Wrentham, Massachusetts (the town where the UCA stated he lived). During this conversation, Angelo told the UCA he would be bringing three birthday gifts and two playstation games he had purchased for the UCA (which he would give to the UCA when they met).

24. On May 2, 2006, Angelo Trovato, a.k.a. Yankman619, was arrested in Keene, New Hampshire, in connection with Trovato's online communications and subsequent travel to New Hampshire to meet what he thought was a 14 year old boy for the purpose of engaging in sexual contact. The 14 year old boy was in fact an undercover detective with the Keene, New Hampshire, Police Department. Keene Police's investigation was completely independent of the investigation described in this affidavit (your affiant didn't become aware of Trovato's arrest until the week of May 8). Trovato was subsequently indicted in New Hampshire, and is currently released pending trial.

25. On July 11, 2006, the UCA logged onto AOL and reviewed the UCA's AOL email account. Review of the account revealed an email, dated July 9, 2006, from Angelo, who was using the MSN account "midnight2peter." In this email, Angelo stated to the UCA "I need to make ammends. email me back at midnight2peter@msn.com so I know you're there."

26. From July 11, 2006, to July 31, 2006, Angelo (using the MSN account midnight2peter) and the UCA exchanged several emails. In one of these emails, Angelo told the UCA he had been in Arizona since May "due to some problems I'll tell you about when I talk to you." In subsequent emails, Angelo and the UCA again discussed meeting in person in August, and traveling to Angelo's lake house in Pennsylvania.

27. On August 6, 2006, at approximately 10:23 p.m., the UCA logged onto AOL and reviewed the UCA's AOL email account. Review of the account revealed four (4) emails, dated August 5, and August 6, 2006, from Angelo, now using the AOL identity "Starfires53." While online, the UCA received an IM from Angelo (using the AOL identity Starfires53), and a conversation ensued. During this conversation, Angelo and the UCA confirmed plans to meet in person on Saturday, August 19, in Wrentham, Massachusetts, and discussed having sexual contact. The following is a verbatim transcript of a portion of that chat session:

> **Starfires53: if u want to do stuff --we will**
> **Starfires53: i want u to be comfortable**
> UCA: iguess ijus dunno wats normal
> **Starfires53: we ll do what we both feel like doing**

UCA: imean when guys really like each other do they hav sex?

   UCA: or jus hang out or wateva

   UCA: guys that dont wanna b out

   UCA: ugghhh

   UCA: im ramblin

   **Starfires53: lol------we can fool around ---that would be so cool**

   **Starfires53: but only if u want to**

28.  On August 9, 2006, at approximately 10:32 p.m., the UCA was logged onto AOL when Angelo initiated an IM conversation with the UCA.  During this conversation, Angelo and the UCA confirmed plans to meet in person on Saturday, August 19.  Specifically, Angelo and the UCA arranged to meet at around 9:00 a.m., at the Dunkin' Donuts located at the Wrentham Village Outlet Mall, in Wrentham, Massachusetts.

29.  On August 17, 2006, at approximately 9:45 p.m., the UCA was logged onto AOL when Angelo initiated an IM conversation with the UCA.  During this conversation Starfires53 and the UCA again confirmed plans to meet in person on Saturday, August 19, 2006, at the aforementioned Dunkin' Donuts, and discussed having sexual contact when they met.  The following is a verbatim transcript of a portion of that chat session:

**Starfires53: u can ask me anything**

UCA: ikno

UCA: ty

**Starfires53: :-\***

UCA: sumtimz i jus dunno wat 2thnk

UCA: imean like some of my friends act like they dun

sex stuff b4

UCA: im not sur

UCA: if theyhave

**Starfires53: maybe they have ---maybe they just talk**

UCA: yeah

**Starfires53: u do whats comfortable ------it cant**

**really be planned**

UCA: yeah

UCA: imean

UCA: do u remembr when u wer 14?

UCA: did guyz act like theyd dun stuff

UCA: when they wer 14

**Starfires: lol-----yesss—im not that ancient**

UCA: lol

**Starfires53: yes----lot if big fibs**

**Starfires53: of**

**Starfires53: but some were real**

UCA: yeah

**Starfires53: i know we ll both be nervous**

UCA: yeppp

UCA: its cool

**Starfires53: but we ll both be comfortable and slow**

UCA: cool

UCA: so wed try oral?

**Starfires53: yuppers—if u feel comfortable with it**

**Starfires53: if not---we wont try it**

**Starfires53: we only try what you want**

UCA: ok

**Starfires53: u know id never want you to do anything you didnt like**

UCA: ikno

UCA: its jus idunno wat i like or don't like

UCA: I've never dun N E THING!

UCA: duhhh

**Starfires53: i understand----we can try and if u don't like something we ll stop**

UCA: cool

**Starfires53: :-)**

UCA: :-)

**Starfires53: ur the best**

UCA: :-Pitry

UCA: lol

**Starfires53: we ll have fun in so many other ways too**

UCA: defff

**Starfires53: im gonna bbq Saturday for us**

UCA: sweeet

**Starfires53: and get lots of snacks**

**Starfires53: lol**

**Starfires53: what do u like to drink**

UCA: coke

UCA: sumtimz dewww

**Starfires53: ok---u got it**

UCA: :-D

**Starfires53: josh---im so excited to give you what i got 4u**

UCA: :-Dme2!

**Starfires53: i hope its not gonna be hard 4u to explain where u got the stuff from**

UCA: hmmm

UCA: hadnt thouthg of tht

**Starfires53: we ll come up with somthin**

UCA: yeah

UCA: mayb ill leave sum of it wit u 4 l8r

**Starfires53: however u want to do it**

**Starfires53: or maybe u have a hiding place at home like i had when i was ur age**

**Starfires53: lol**

UCA: lol

UCA: u hid stuff from ur rents wen u wer 14 ang?

UCA: hard 2believe

UCA: lol

**Starfires53: lol---idid...idid**

30. On August 19, 2006, at approximately 8:28 a.m., the UCA was logged onto AOL when Angelo initiated an IM conversation with the UCA. During this conversation, Angelo and the UCA confirmed plans to meet in person that day (at 9:00 a.m. at the aforementioned Dunkin' Donuts in Wrentham, Massachusetts). Angelo told the UCA he was checking out of his hotel room (in Massachusetts), and stated "see u in a lil." Angelo signed off AOL at approximately 8:34 a.m.

31. In August, 2006, the FBI conducted a query of motor vehicle records for the State of New York. This query revealed a Angelo Trovato, born May 26, 1944, with a residential address of 139 Eastwood Ave., Deer Park, New York. One vehicle is listed as

registered to Trovato: a 1998 Honda CR-V, red in color, registration BNB 6686. The vehicle registration lists Trovato's address as 20 Oak Street, Deer Park, New York.

32. Information obtained on April 20, 2006, pursuant to an administrative subpoena served on AOL, reveals the AOL screen name "Yankman619" is subscribed to Angelo Trovato, 20 Oak Street, Deer Park, NY, 11729. The records provided by AOL list a log on for Yankman619 on April 8, 2006, at 20:22:57 ET, from the originating IP address 68.195.153.120 (on this date, Yankman619 and the UCA had an IM conversation, initiated at approximately 20:26:52 E.T. (reference Paragraph 19 of this affidavit)).

33. The IP address 68.195.153.120 belongs to Cablevision, an Internet service provider. Information obtained on May 3, 2006, pursuant to an administrative subpoena served on Cablevision, reveals the IP address 68.195.153.120, during the aforementioned time period, was assigned to Sophie Trovato, 20 Oak St., Deer Park, NY 11729.

34. Information obtained on August 9, 2006, pursuant to an administrative subpoena served on AOL, reveals the AOL screen name "Starfires53" is subscribed to Raymond Tracchia, 20 Oak Street, Deer Park, NY, 11729.

35. On August 19, 2006, at approximately 9:07 a.m., FBI agents observed a Honda SUV, New York registration BNB 6686, park

near the aforementioned Dunkin' Donuts in Wrentham,
Massachusetts. At approximately 9:08 a.m., an individual,
believed to be Angelo Trovato, was observed exiting the vehicle
and walking inside the Dunkin' Donuts. At approximately 9:27
a.m., this individual exited the Dunkin' Donuts and walked
towards the aforementioned Honda SUV. At this time, Special
Agents of the FBI approached this individual and identified
themselves. The Agents confirmed the identity of this individual
as Angelo Trovato, and arrested him.

36. In subsequent conversations with Angelo Trovato,
Trovato admitted that he was the individual chatting with "Josh"
using the three screen names identified above. He also admitted
to traveling to Massachusetts to meet "Josh" and possibly take
him to a lake house in Pennsylvania.

**CONCLUSION**

37. Based upon the above information and your affiant's experience, your affiant respectfully submits there is probable cause to arrest Angelo Trovato, of 20 Oak Street, Deer Park, New York, for violations of Title 18, United States Code, Section 2423(b).

David George
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this ___ day of August 2006.

Ti____
UNITED _____ JUDGE