```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
                                          06 CR 10332 NG
    UNITED STATES OF AMERICA  )
                              )          CRIMINAL NO.
                              )          VIOLATION
            v.                )          18 U.S.C. § 2423(b)
                              )          Travel to Engage in
                              )          Illicit Sexual Conduct
                              )          18 U.S.C. § 2422(b)
    ANGELO TROVATO            )          Coercion and Enticement
                              )          Criminal Forfeiture
                              )          18 U.S.C. § 2253(a)
```

## INDICTMENT

COUNT ONE: 18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct

The Grand Jury charges that:

On or about August 19, 2006, in the District of Massachusetts and elsewhere,

ANGELO TROVATO,

the defendant herein, traveled in interstate commerce for the purpose of engaging in illicit sexual conduct as defined in 18 U.S.C. § 2423(f), that is, a sexual act with a person under the age of 18 years of age that would be in violation of Chapter 109A of the United States Code if the sexual act had occurred in the special maritime and territorial jurisdiction of the United States.

1

All in violation of Title 18, United States Code, Sections 2423(b) and (f) and 2243(a).

COUNT TWO: 18 U.S.C. § 2422(b) - Coercion and Enticement

The Grand Jury further charges that:

Between on or about February 18, 2006, through on or about August 19, 2006, in the District of Massachusetts and elsewhere,

ANGELO TROVATO,

the defendant herein, did knowingly attempt to use a facility and means of interstate commerce, to wit, the Internet, to persuade, induce, entice, and coerce an individual, that is John Doe, who was at that time purporting to be under the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, to wit, sexual activity by a person 40 years old with a person under the age of 16 years, in violation of Massachusetts General Laws Chapter 265, § 24.

In violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION
(18 U.S.C. §2253(a))

1. The allegations of Counts One and Two of this indictment are hereby re-alleged and are incorporated herein by reference for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2428.

2. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 2422 and 2423 set forth in Counts One and Two of this indictment, ANGELO TROVATO, the defendant herein, shall forfeit to the United States all interest in:

    (A) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

    (B) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes any and all items seized from ANGELO TROVATO on or about August 19, 2006.

All in accordance with Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 2428(b).

If any of the above-described property, as a result of any act or omission of the defendant -
   (1) cannot be located upon the exercise of due diligence;
   (2) has been transferred or sold to, or deposited with, a third party;
   (3) has been placed beyond the jurisdiction of the court;
   (4) has been substantially diminished in value; or
   (5) has been commingled with other property which cannot be divided without difficulty;

the court shall order, pursuant to 18 U.S.C. §2428, the forfeiture of any other property of the defendant up to the value of the property described above.

All in accordance with Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 2428.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS; October __11__, 2006

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

**◥JS 45 (5/97) - (Revised USAO MA 11/15/04)**    **06 CR 10332 NG**

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

Place of Offense: __Wrentham__    Category No. __II__    Investigating Agency __FBI__

City __Wrentham__    Related Case Information:

County __Norfolk__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number __06-1681-TSH__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Angelo Trovato__    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address __20 Oak Street, Deer Park, New York__

Birth date (Year only): __44__    SSN (last 4 #): __1454__    Sex __m__   Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Dana Gershengorn__    Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No    List language and/or dialect: _____

Victims:   ☐ Yes   ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)   ☐ Yes   ☐ No

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date: __8/19/06__

☒ Already in Federal Custody as __detained__ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ __2__ Felony   __18 USC 2423(b)__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 11, 2006__    Signature of AUSA: _____

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Angelo Trovato

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. 2423(b) | Travel to engage in illicit sexual conduct | 1 |
| Set 2   18 U.S.C. 2422(b) | Attempted enticement of a minor | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: